FILED: November 19, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4308 (L)
(1:21-cr-00260-LMB-5)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

CRISTIAN ARIEL AREVALO ARIAS, a/k/a Serio

  Defendant - Appellant

_____

O R D E R

_____

  Upon consideration of the motion to extend the filing time until ruling on the motion to exceed length limitations for the opening brief has been received, the court grants the motion. The opening brief and joint appendix are due within 3 business days of this court's ruling on the motion to exceed length limitations.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk